# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of October, two thousand twenty-six.

---

Aida R. Gil,

Plaintiff-Counter-Defendant-Counter-Claimant-Appellant,

v.

605 West 42nd Owner LLC,

Defendant-Counter-Claimant-Counter-Defendant-Appellee,

The Moinian Group, Julio Del Orbe,

Defendants-Counter-Claimants-Appellees,

Joseph Moinian, Alex Smaljaj, Courtney Lees, Kimberly Cafaro, Mario Fenko, Juan Mitre,

Defendants - Appellees.

---

**ORDER**

Docket No. 26-1390

Appellant, pro se, filed Form D-P on June 1, 2026, indicating that a transcript of a district court proceeding is being ordered. Appellant has not filed any transcript status update letters or a Local Rule 31.2 scheduling notification. By order dated September 8, 2026, Appellant was directed to file a transcript status update letter or a Local Rule 31.2 scheduling notification by September 29, 2026. The order stated that failure to comply with the order may result in the Court setting a default brief filing date. Appellant has not complied with the September 8, 2026 order. Upon consideration thereof,

IT IS HEREBY ORDERED that Appellant's brief must be filed on or before November 16, 2026. The appeal is dismissed effective November 16, 2026, unless Appellant's brief is filed by that date.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

